FILED
2010 JUN 23 A 11: 40

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William Paul Lucke - #05103    CV 10 80 149 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that William Paul Lucke has been suspended for 60 days by the Supreme Court of California effective May 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

William Paul Lucke
Attorney At Law
536 Magnolia Ave
Piedmont, CA 94611