**FILED**

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV 10 80149 MISC VRW

William Paul Lucke,
                                            ORDER
    State Bar No 51030
_____/

    On June 23, 2010, the court issued an order to show cause (OSC) why William Paul Lucke should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 60 day suspension by the Supreme Court of California, effective May 30, 2010.

    The OSC was mailed to Mr Lucke's address of record with the State Bar on June 24, 2010. A written response was due on or before July 30, 2010. No response to the OSC has been filed as of this date.

    The court now orders William Paul Lucke removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

William Paul Lucke

Case Number: CV10-80149 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Paul Lucke
536 Magnolia Ave
Piedmont, CA 94611

Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*